(No. 5939—

Salvadore Herrera, Claimant, *vs.* State of Illinois, Department of Public Aid, Respondent.

*Opinion filed May 11, 1971.*

Jerome J. Kornfeld, Attorney for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 5951—

Alexander Lumber Company, Claimant, *vs.* State of Illinois, Department of Law Enforcement, Respondent.

*Opinion filed May 11, 1971.*

Alexander Lumber Company, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.